**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Elliot Greenberg )   Case # 3:11-cv-00472-RCJ-RAM
 )
      Plaintiff, )
 )   **VERIFIED PETITION FOR**
vs. )   **PERMISSION TO PRACTICE**
 )   **IN THIS CASE ONLY BY**
 )   **ATTORNEY NOT ADMITTED**
A-Power Energy Generation Systems, Ltd., )   **TO THE BAR OF THIS COURT**
Jinxiang Lu and Kin Kwong Mak )   **AND DESIGNATION OF**
 )   **LOCAL COUNSEL**
 )
      Defendant(s). )   EFFECTIVE JUNE 1, 2004
 )   FILING FEE IS $175.00

    Curtis V. Trinko, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at Port Washington (city) Nassau (county), New York (state).

2. That Petitioner is an attorney at law and a member of the law firm of Law Offices of Curtis V. Trinko, LLP with offices at 16 West 46th Street, 7th Floor (street address), New York, New York (city), 10036 (zip code), (212) 490-9550 (area code + telephone number). Ctrinko@trinko.com (Email address)

3. That Petitioner has been retained personally or as a member of the law firm by ____Elliot Greenberg____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since ____October 6, 1975____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of ____New York____
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of New York | December 23, 1975 | CT-1838 |
| Eastern District of New York | January, 1976 | CT-1838 |
| Western District of New York | July 18, 2002 | CT-1838 |
| Northern District of California | May, 1981 | N/A |
| District of Colorado | November 29, 2000 | N/A |
| Second Circuit Court of Appeals | December 31, 1975 | N/A |
| Third Circuit Court of Appeals | February 22, 2005 | N/A |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of New York; City Bar Association of New York

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF  New York  )
                    )
COUNTY OF New York  )

_____Curtis V. Trinko_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

__1st__ day of __August__, __2011__.

_____
Notary public or Clerk of Court

Lora A. del Pino
Notary Public - State of New York
Qualified in Richmond County
Commission No: 01DE6105649
Expires: February 17, 20___
July 10, 2012

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __David C. O'Mara__, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

The O'Mara Law Firm
311 East Liberty Street
Reno, NV 89501  (775) 323-1321

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____David C. O'Mara_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____*Ellise Greenberg*_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*David O'Mara*_____  ___8599___
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

## SCHEDULE A

### BAR ADMISSIONS OF CURTIS V. TRINKO

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| Ninth Circuit Court of Appeals | October 29, 1986 | N/A |
| Eleventh Circuit Court of Appeals | July 7, 2000 | xxx-xx-1848 |
| Tenth Circuit Court of Appeals | July 5, 2002 | 191824 |
| United States Supreme Court | October 1982 | N/A |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## CURTIS VICTOR TRINKO

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 6, 1975,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 11, 2011

*Clerk of the Court*

2911